UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date:   September 12, 2019                              HONORABLE KIMBERLEY H. TYSON, Presiding

In re:   Cheyenne Hotel Investments, LLC,           Debtor.         Case No: 19-15473-KHT
                                                                    Chapter 11

Appearances:

| | | | |
|---|---|---|---|
| Debtor | | Counsel | Thomas F. Quinn |
| Creditor | Hilton Franchise Holding, LLC | Counsel | Debra Dandeneau, Theodore J. Hartl |
| Creditor | | Counsel | |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings:   Preliminary Hearing on the Motion For Entry of an Order Permitting Hilton and Certain Third Party Vendors to Take the Non-Debtor De-Identification Actions, or in the alternative Motion for Relief from Stay (docket #65), filed by Hilton Franchise Holding, LLC, and the Response thereto (docket #68), filed by Debtor.

[X] Evidentiary Hearing         [ ] Non-Evidentiary Hearing

[ ]  Witnesses Sworn         [ ]  See List Attached         [ ]  Exhibits Admitted         [ ]  See List Attached

[X]   The parties presented offers of proof and argument.

Orders:

[X]   For the reasons stated on the record, the Court will grant the Motion by separate order.

Date:   September 12, 2019                     FOR THE COURT:
                                               *Kenneth S. Gardner, Clerk of the Bankruptcy Court*

                                               By: *s/ K. Lane Cutler*
                                                      Law Clerk