| Fill in this information to identify your case | | | |
|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | |
| Debtor 1: | Cheyenne Hotel Investments, LLC | Case #: | 19-15473-KHT |
| | Business Name | | |
| Debtor 2: | | Chapter: | 11 |
| | First Name   Middle Name   Last Name | | |

**Local Bankruptcy Form 9070-1.1**
**List of Witnesses and Exhibits**

---

**Complete applicable sections.**

**Galaxy Construction, LLC, Creditor and Plan Proponent,** hereby designates the following Witnesses and Exhibits for the hearing concerning the Disclosure Statement for Creditor's Plan of Reorganization Dated June 24, 2020 set for August 26, 2020, at 10:00 a.m. at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom D, Fifth Floor, Denver, Colorado 80202.

## Part 1  Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| | |
| | |
| | |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Larry Williams | Plan and Disclosure Statement proposed by Galaxy Construction, LLC |
| | |
| | |

## Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| 1 | Docket Sheet | | | |
| 2 | Debtor's Schedules A/B (Pacer Docket No. 46) | | | |
| 3 | Debtor's Schedules D, E and F (Pacer Docket No. 47) | | | |
| 4 | Debtor's Schedule G (Pacer Docket No. 48) | | | |

| | | | | |
|---|---|---|---|---|
| 5 | Debtor's Schedule H (Pacer Docket No. 49) | | | |
| 6 | Disclosure Statement for Creditor's Plan of Reorganization Dated June 24, 2020 (Pacer Docket No. 157) | | | |
| 7 | Creditor's Plan of Reorganization Dated June 24, 2020 (Pacer Docket No. 158) | | | |
| 8 | United States Trustee's Objection to the Adequacy of the Disclosure Statement for Creditor's Plan of Reorganization Dated June 24, 2020 (Pacer Docket No. 174) | | | |
| 9 | Objection to Disclosure Statement for Creditor's Plan of Reorganization Dated June 24, 2020 [filed by Situs Holdings, LLC] (Pacer Docket No. 175) | | | |
| 10 | Objection to the Adequacy and Approval of the Proposed Disclosure Statement for Creditor's Plan of Reorganization Dated June 24, 2020 [filed by Hilton Franchise Holding LLC] (Pacer Docket No. 176) | | | |
| 11 | Objection to Disclosure Statement [filed by Debtor] (Pacer Docket No. 177) | | | |
| 12 | Claims Register | | | |
| 13 | Monthly Operating Reports (Pacer Docket Nos. 132, 133, 134, 135, 136, 137, 144, 170, 167, 168, 169, 171 | | | |
| 14 | Any exhibits identified by any other party | | | |

| Part 3 | **Signature** |
|---|---|

Dated: August 24, 2020

By: /s/ Joyce W. Lindauer
Joyce W. Lindauer
Texas State Bar Number 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com

Mark A. Larson
Larson Law Firm, LLC
1400 Main Street, Suite 201D
Louisville, CO 80027
Telephone: (303) 228-9414
Email: mark@larsonlawyer.com

Attorneys for Galaxy Construction, LLC

| Part 4 | **L.B.R. 9013-1 Certificate of Service of List of Witnesses and Exhibits** |
|---|---|

I, the undersigned, certify that on August 24, 2020, I served a complete copy of the List of Witnesses and Exhibits for Hearing on August 26, 2020 concerning the Disclosure Statement for Creditor's Plan of Reorganization Dated June 24, 2020, on the following parties (and any and all parties who have requested electronic notice through the Court's CM/ECF system) in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

- Attorney Thomas F. Quinn; via CM/ECF
- Attorney Debta A. Dandeneau; via CM/ECF
- Attorney Frank Grease, III; via CM/ECF
- Attorney Theodore J. Hartl; via CM/ECF
- Attorney Kimberly Rich; via CM/ECF
- Attorney Deanna L. Westfall; via CM/ECF
- Attorney Colin M. Bernardino; via CM/ECF
- Attorney Mark A. Larson; via CM/ECF
- Attorney Paul Moss; via CM/ECF

Additionally, the Exhibits listed herein have been emailed to counsel listed above.

By: /s/ Joyce W. Lindauer
Joyce W. Lindauer