Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Galaxy Construction, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHEYENNE HOTEL INVESTMENTS, LLC, | § | CASE NO. 19-15473-KHT |
| | § | CHAPTER 11 |
| Debtor. | § | |

**RESPONSE TO SITUS HOLDINGS, LLC'S OBJECTION TO AMENDED
DISCLOSURE STATEMENT**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

COMES NOW, Galaxy Construction, LLC ("Galaxy") and files this its Response to Situs Holdings, LLC's ("Bank") Objection to Disclosure Statement (Docket No. 190) and would show the Court as follows:

1. Galaxy files this response to respond to the Bank's allegations that Galaxy's' amended Disclosure Statement contains misrepresentations to the Court and potential recipients of the Disclosure Statement.

2. Nowhere in the amended Disclosure Statement does it indicate that the increased valuation of the Bank's collateral was based on representations or opinions from the Bank or its counsel. Instead, Galaxy indicates in the amended Disclosure Statement that the collateral has not been appraised, an appraisal is pending, that valuation was based on various factors – including historical revenues of the Property.

3. Galaxy filed the amended Disclosure Statement in part to address objections from the Bank and to improve the return to the Bank and all other creditors. Galaxy has clearly disclosed

*several times* in the amended Disclosure Statement that no current appraisal exists on the Property and that an appraisal is pending. Further the increase to $5,000,000 was after discussions with the Secured Lender's counsel in an effort to improve the return to the Secured Lenders. Galaxy notes for the record that the Secured Lender's counsel did not say the property was worth $5,000,000.

WHEREFORE PREMISES CONSIDERED Galaxy Construction, LLC prays that the Court approve the Amended Disclosure Statement and for such further relief as the Court may provide and to which it is justly entitled.

DATED: August 26, 2020

>Joyce Lindauer
>Texas Bar No. 21555700
>Joyce W. Lindauer Attorney, PLLC
>1412 Main St., Suite 500
>Dallas, TX  75202
>Telephone: (972) 503-4033
>joyce@joycelindauer.com
>paul@joycelindauer.com
>
>*/s/ Mark A. Larson*
>Mark A. Larson
>Larson Law Firm, LLC
>1400 Main Street, Ste. 201D
>Louisville, CO 80027
>Telephone:303-228-9414
>mark@larsonlawyer.com
>ATTORNEYS FOR GALAXY CONSTRUCTION, LLC.
>
>*/s/Jagmohan Dhillon*
>Managing Member of Galaxy Construction, LLC.,
>Creditor and Proponent of the Plan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 26, 2020, a true and correct copy of the foregoing document was filed and served via the Court's electronic case filing system (CM/ECF) upon the persons in this case receiving electronic notice of filings.

>*/s/ Joyce W. Lindauer*
>Joyce W. Lindauer