UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date:   February 3, 2021                                                    HONORABLE KIMBERLEY H. TYSON, Presiding

| In re: | Cheyenne Hotel Investments, LLC, | Debtor. | Case No: 19-15473-KHT<br>Chapter 11 |
|---|---|---|---|

Appearances:

| | | | |
|---|---|---|---|
| Debtor | | Counsel | Thomas F. Quinn |
| Creditor | Hilton Franchise Holding, LLC | Counsel | Frank Grese, Theodore J. Hartl |
| Creditor | Galaxy Construction, LLC | Counsel | Joyce W. Lindauer, Kerry S. Alleyne, Mark A. Larson |
| Creditor | Situs Holdings, LLC | Counsel | Colin M Bernardino |
| US Trustee | | Counsel | Paul Moss |

Proceedings:   Hearing day 1 on confirmation of the Chapter 11 Plans filed by Debtor (docket #283) and Galaxy Construction, LLC (docket #280)

[X] Evidentiary Hearing        [ ] Non-Evidentiary Hearing

[X]   Witnesses Sworn        [X]   See List Attached        [X]   Exhibits Admitted        [X]   See List Attached

[X]   The parties entered their appearances and presented opening statements and evidence to the Court.

Orders:

[X]   The hearing will continue **Thursday, February 4, 2021, at 9:30 a.m.** by videoconference.

Date:   February 3, 2021                                   FOR THE COURT:
                                                                          *Kenneth S. Gardner, Clerk of the Bankruptcy Court*

                                                                          By: *s/ K. Lane Cutler*
                                                                                    Law Clerk

## WITNESS LIST

Debtor

1.  Samira Khan

## EXHIBIT LIST

| Exhibit Designation | Proponent **D**ebtor **G**alaxy | Description | Offered | Objection **S**ustained **O**verruled | Admitted into evidence | Admission denied |
|---|---|---|---|---|---|---|
| E | D | Letter from Radisson | X | | X | |
| F | D | Bank Statement – KeyBank | X | | X | |
| G | D | Bank Statement – PB+T | X | | X | |
| I | D | KeyBank Stmt Acct 3277 as of 2/1/31 | X | | X | |
| J | D | KeyBank Stmt Acct 3277 as of 2/2/31 | X | | X | |
| K | D | PBT Stmt as of 1/13/2020 | X | | X | |
| L | D | CHI EIDL Confirmation | X | S | | X |
| 2 | G | Schedules A-J (Pacer Docket No. 46-49) | X | | X | |
| 16 | G | Cheyenne Hotel Investments, LLC Creditor List and Statement of Classification (Pacer Docket No. 250-2) | X | | X | |

| Exhibit Designation | Proponent **D**ebtor **G**alaxy | Description | Offered | Objection **S**ustained **O**verruled | Admitted into evidence | Admission denied |
|---|---|---|---|---|---|---|
| 17 | G | Cheyenne Hotel Investments LLC 20201 Pro Forma 12 Month Projection (Pacer Docket No. 250-4) | X | | X | |
| 24 | G | El Paso County Treasurer Bill | X | | X | |
| 27 | G | Country Inn & Suites License Agreement 2019 | X | | X | |
| 32 | G | Debtor's Monthly Operating Reports (Last 3) | X | | X | |
| C-3 | G | TRN Management Agreement | X | | X | |
| C-4 | G | Proposed form of TRN Management Agreement to be executed pursuant to the Plan | X | | X | |
| C-5 | G | Proposed form of Hilton Promissory Note | X | | X | |
| C-6 | G | Proposed form of Hilton Subordinated Deed of Trust | X | | X | |
| C-7 | G | Proposed form of Loan Modification Agreement affecting Senior Secured Lenders | X | | X | |
| | | | | | | |
| | | | | | | |