UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date:   February 10, 2021                                              HONORABLE KIMBERLEY H. TYSON, Presiding

| In re: | Cheyenne Hotel Investments, LLC, | Debtor. | Case No: 19-15473-KHT |
|---|---|---|---|
| | | | Chapter 11 |

Appearances:

| Debtor | | Counsel | Thomas F. Quinn |
|---|---|---|---|
| Creditor | Hilton Franchise Holding, LLC | Counsel | Frank Grese, Theodore J. Hartl |
| Creditor | Galaxy Construction, LLC | Counsel | Joyce W. Lindauer, Kerry S. Alleyne |
| Creditor | Situs Holdings, LLC | Counsel | Colin M Bernardino |
| | | Counsel | |

Proceedings:   Hearing day 4 on confirmation of the Chapter 11 Plans filed by Debtor (docket #283) and Galaxy Construction, LLC (docket #280)

[X] Evidentiary Hearing          [ ] Non-Evidentiary Hearing

[X]   Witnesses Sworn          [X]   See List Attached          [X]   Exhibits Admitted          [X]   See List Attached

[X]   The parties entered their appearances and presented evidence and argument to the Court.

Orders:

[X]   The Court took the matter under advisement.

Date:   February 10, 2021

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By: *s/ K. Lane Cutler*
       Law Clerk

**WITNESS LIST**

Debtor

1.


Galaxy

1. Jagmohan Dhillon
2.

**EXHIBIT LIST**

| Exhibit Designation | Proponent  Debtor  Galaxy | Description | Offered | Objection  Sustained  Overruled | Admitted into evidence | Admission denied |
|---|---|---|---|---|---|---|
| 44 | G | Cashier's Check | X | O | X | |
| C | D | Plan Supplement (including attachments) | X | | X | |
| 4 | G | Fifth Amended Disclosure Statement for Creditor's Plan of Reorganization Dated December 10, 2020 (Docket No. 258) | X | S | | X |
| 6 | G | Claims Register | X | | X | |
| 7 | G | Hilton Amended Proof of Claim | X | | X | |
| 9 | G | Galaxy Ballot Tally (Docket No. 285) | X | | X | |

| Exhibit Designation | Proponent **D**ebtor **G**alaxy | Description | Offered | Objection **S**ustained **O**verruled | Admitted into evidence | Admission denied |
|---|---|---|---|---|---|---|
| 23 | G | Thomas Quinn Letter Dated December 16, 2020 to Creditors | X |  | X |  |
| 33-38 | G | Documents from Debtor's prior bankruptcy case | X | S |  | X |
| Situs K | G | Proof of Claim No. 11 [A Note] | X |  | X |  |
| Situs L | G | Proof of Claim No. 12 [B Note] | X |  | X |  |
| 4-H | G | Galaxy Disclosure Statement Exhibit H | X |  | X |  |
| 4-L | G | Galaxy Disclosure Statement Exhibit L Admitted for limited purpose | X |  | X |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |