UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 19-15473 KHT |
| CHEYENNE HOTEL INVESTMENTS, LLC, ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## STATUS REPORT

Kevin P. Kubie, chapter 7 trustee, by and through undersigned counsel, hereby files this *Status Report*, and in support thereof states as follows:

1. On March 11, 2022, the Court entered its *Order Granting Second Stipulation Motion to Extend Objection Deadlines and Vacating March 17, 2022 Hearing* (the "Order"). Docket No. 465. In the Order, the Court directed Trustee to advise the Court as to the Status of TRN Management & Development Group, Inc.'s ("TRN") *Motion for Allowance of Administrative Fees Pursuant to 11 U.S.C. § 503(b)* (the "Application") (Docket No. 445) and Trustee's objection thereto (the "Objection") (Docket No. 457).

2. TRN has withdrawn from discussions to settle the Application and Objection. Trustee therefore requests that the Court set the Application and Objection for a preliminary hearing.

WHEREFORE, Trustee respectfully requests that the Court enter an order setting the Application and Objection for a preliminary hearing and granting such other and further relief as the Court deems just.

DATED this 1st day of April 2022.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ Aaron J. Conrardy*
Aaron J. Conrardy, #40030
Lindsay S. Riley, #54771
2580 West Main Street, Suite 200
Littleton, Colorado 80120
303-296-1999 / 303-296-7600 FAX
aconrardy@wgwc-law.com
lriley@wgwc-law.com
*Attorneys for Kevin P. Kubie, chapter 7 trustee*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 1, 2022, I served by United prepaid first-class mail or electronically through CM/ECF a copy of the *Status Report* on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R. at the following addresses:

Thomas F. Quinn
tquinn@tfqlaw.com

Kevin P. Kubie
kevin@kubielaw.com

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Paul Moss
Paul.Moss@usdoj.gov

Colin M. Bernardino
cbernardino@kilpatrickstockton.com

Daniel Morse
Daniel.j.morse@usdoj.gov

Deanna L. Westfall
Deanna.westfall@coag.gov

Debra A. Dandeneau
Debra.dandeneau@bakermckenzie.com

Frank Grese, III
Frank.grese@bakermckenzie.com

Joyce W. Lindauer
joyce@joycelindauer.com

Mark Larson
mark@larsonlawyer.com

Michael Schuster
schusterm@ballardspahr.com

Theodore J. Hartl
hartlt@ballardspahr.com

Stephen Berken
Stephenberkenlaw@gmail.com

*/s/ Angela C. Garcia*
For Wadsworth Garber Warner Conrardy, P.C.