## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                        )
                                              )        Case No. 19-15473 KHT
CHEYENNE HOTEL INVESTMENTS, LLC,              )        Chapter 7
                                              )
            Debtor.                           )

---

## SUPPLEMENTAL STATUS REPORT

---

Kevin P. Kubie, chapter 7 trustee (the "Trustee"), by and through undersigned counsel, hereby files this *Supplemental Status Report*, and in support thereof states as follows:

1.      On March 11, 2022, the Court entered its *Order Granting Second Stipulation Motion to Extend Objection Deadlines and Vacating March 17, 2022 Hearing* (the "Order").  Docket No. 465.  In the Order, the Court directed Trustee to advise the Court as to the Status of TRN Management & Development Group, Inc.'s *Motion for Allowance of Administrative Fees Pursuant to 11 U.S.C. § 503(b)* (Docket No. 445) and Trustee's objection thereto (Docket No. 457).

2.      On April 1, 2022, Trustee filed a Status Report.  Docket No. 470.

3.      Since filing the initial Status Report, the parties have resolved their dispute, subject to Court approval.  A motion to approve the resolution will be filed by no later than April 22, 2022.

DATED this 15th day of April 2022.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ Aaron J. Conrardy*
Aaron J. Conrardy, #40030
Lindsay S. Riley, #54771
2580 West Main Street, Suite 200
Littleton, Colorado 80120
303-296-1999 / 303-296-7600 FAX
aconrardy@wgwc-law.com
lriley@wgwc-law.com
*Attorneys for Kevin P. Kubie, chapter 7 trustee*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on April 15, 2022, I served by United prepaid first-class mail or electronically through CM/ECF a copy of the *Supplemental Status Report* on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R. at the following addresses:

Thomas F. Quinn
tquinn@tfqlaw.com

Debra A. Dandeneau
Debra.dandeneau@bakermckenzie.com

Kevin P. Kubie
kevin@kubielaw.com

Frank Grese, III
Frank.grese@bakermckenzie.com

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Joyce W. Lindauer
joyce@joycelindauer.com

Paul Moss
Paul.Moss@usdoj.gov

Mark Larson
mark@larsonlawyer.com

Colin M. Bernardino
cbernardino@kilpatrickstockton.com

Michael Schuster
schusterm@ballardspahr.com

Daniel Morse
Daniel.j.morse@usdoj.gov

Theodore J. Hartl
hartlt@ballardspahr.com

Deanna L. Westfall
Deanna.westfall@coag.gov

Stephen Berken
Stephenberkenlaw@gmail.com

*/s/ Angela C. Garcia*
For Wadsworth Garber Warner Conrardy, P.C.